# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM MISIEWICZ,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF PRISONS, et al.,

    Defendants.

Case No. 2:12-cv-01103-JCM-CWH

**ORDER**

    The court ordered plaintiff to file a complaint and either to file an application to proceed <u>in forma pauperis</u> or to pay the filing fee. Order (#2). Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to comply with the court's order (#2). The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that any appeal from this dismissal is not taken in good faith.

    DATED: November 20, 2012.

JAMES C. MAHAN
United States District Judge